UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., a Massachusetts Corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | No. 1:18-cv-01727-DAD-JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. No. 5) |

On January 3, 2019, this court issued an order to show cause as to why this matter should not be dismissed for lack of subject matter jurisdiction. (Doc. No. 5.) In particular, the court noted that defendant had removed this action to this federal court on the basis of diversity of citizenship, but had not adequately pled that the amount in controversy exceeds $75,000. (*Id.* at 1–2.)

Defendant filed a response to the order to show cause on January 16, 2019, asserting that plaintiff's injury and claimed damages, as well as settlement values for similar matters in California courts, demonstrate that the amount in controversy requirement is met here. (Doc. No. 6 at 2–4.) The court is satisfied that it cannot be demonstrated to a "legal certainty that the claim is really for less than the jurisdictional amount." *Budget Rent-A-Car, Inc. v. Higashiguchi*, 109

/////

1

F.3d 1471, 1473 (9th Cir. 1997) (quoting *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938)). Accordingly, the order to show cause is discharged.

IT IS SO ORDERED.

Dated: **January 23, 2019**

UNITED STATES DISTRICT JUDGE