**ALDERLAW, PC**
Michael Alder, Esq. (SBN 170381)
Neil Gehlawat, Esq. (SBN 289388)
1875 Century Park East, Suite 1500
Los Angeles, CA 90067
Tel: (310) 275-9131
Fax: (310) 275-9132
cmalder@alderlaw.com
ngehlawat@alderlaw.com

**THE ADRIAN LAW FIRM**
Scott A. Adrian, Esq. (SBN 305325)
303 N. Glenoaks Blvd. Suite 200
Burbank, CA 91502
Tel: (747) 248-7007
Fax: (818) 475-7077

Attorneys for Plaintiff,
CARLOS GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., a Massachusetts Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 1:18-cv-01727- JLT<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING PROPOSED FIRST AMENDED COMPLAINT FOR DAMAGES**<br>(Doc. 20) |

The parties have stipulated to allow the plaintiff to file a first amended complaint (Doc. 20). Based upon this stipulation, the Court **ORDERS**:

1. Plaintiff is granted leave to file the First Amended Complaint within three days;

2. The firm of Lewis Brisbois Bisgaard & Smith LLP agrees to accept service on behalf of the newly-added defendant and agrees electronic service by the Court will suffice. The

defendants SHALL file their responsive pleading within 30 days of service of the amended complaint.

IT IS SO ORDERED.

Dated: __**July 10, 2019**__                               __**/s/ Jennifer L. Thurston**__
                                                                              UNITED STATES MAGISTRATE JUDGE