UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GONZALEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS BUTTONWILLOW, LLC, a Massachusetts Corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO. 1:18-cv-01727-JLT<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO MODIFY THE COURT'S MARCH 21, 2019 SCHEDULING ORDER** |

The parties have stipulated to amend the case schedule. (Doc. 29) They report that they are unable to complete discovery due to "the schedules of the witnesses, the availability of the witnesses during the holidays and the trial calendars of plaintiff's and defendant's counsel." Id. at 2. The Court notes that except for exchanging initial disclosures, little discovery occurred in this case for nearly five months (Doc. 25 at 2). When the Court learned of this, it reminded counsel "of their obligation to complete all discovery within the time frames set forth in the Scheduling Order." (Doc. 26) Despite this, it appears no discovery occurred between October 28 and the date of the filing of the stipulation a month later. (Doc. 29) Though counsel conclude they have acted diligently, the Court is hard-pressed to agree.

Nevertheless, the Court will grant this stipulation to amend the case schedule only because

---

[PROPOSED] ORDER ON JOINT STIPULATION REGARDING EXTENDING THE EXPERT AND NON-EXPERT DISCOVERY DEADLINE

it appears that failure to do so would work a significant hardship on the parties. However, the Court will not entertain any further requests to amend the case schedule. The parties SHALL complete all needed discovery within the new deadlines, or the Court will understand that they have decided that further discovery is unneeded. Thus, the Court **ORDERS**:

1. The stipulation is **GRANTED,** and the case schedule is amended as follows:
    a. The parties **SHALL** complete all non-expert discovery **no later than February 3, 2020** and all expert discovery **no later than May 16, 2020**;
    b. The parties **SHALL** make their expert disclosures **no later than March 7, 2020** and rebuttal expert disclosures **no later than April 4, 2020**.

No other amendments to the case schedule are authorized.[1]

IT IS SO ORDERED.

Dated: **November 26, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court presumes counsel considered that these new deadlines in light of the remaining deadlines and decided no amendment to the other dates were needed.