UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GONZALEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CLEAN HARBORS BUTTONWILLOW, LLC,<br><br>　　　　　Defendant. | CASE NO. 1:18-cv-01727-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>**(Doc. 32)** |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 32) Thus, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than March 13, 2020**;

　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**February 13, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE