# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEAN HARBORS, INC., et al.,<br><br>    Defendants. | Case No.: 1:18-cv-01727-JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO COMPLY WITH THE COURT'S ORDER |

After the parties reported they had settled the action (Doc. 32), the Court ordered the parties to file a stipulation to dismiss the case no later than March 13, 2020. (Doc. 33 at 1) The Court advised the parties "advised that [their] failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action." (*Id.*, emphasis omitted) However, they have not complied.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v.*

| | |
|---|---|
| 1 | *Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (imposing terminating sanctions for failure to |
| 2 | comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (imposing |
| 3 | terminating sanctions for failure to comply with a court order). |
| 4 |     Accordingly, the parties are **ORDERED** to show cause **within fourteen days** why sanctions, |
| 5 | including monetary sanctions, should not be imposed for the failure comply with the Court's order, or |
| 6 | to file a stipulation to dismiss pursuant to Rule 41 of the Federal Rules of Civil Procedure. |

IT IS SO ORDERED.

    Dated:   **March 17, 2020**                  **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE