# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> CLEAN HARBORS, INC., et al., <br><br> Defendants. | Case No.: 1:18-cv-01727-JLT <br><br> ORDER DIRECTING THE CLERK TO CLOSE THE ACTION <br><br> (Doc. 35) |

On March 17, 2020, the parties filed a stipulation indicating all parties agreed that the above-captioned action is dismissed in its entirety, with prejudice. (Doc. 35) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **March 19, 2020**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE